25096. SHAFFER v. CITY OF ATLANTA et al.

GRICE, Justice. Since the suits which the appellant sought to have enjoined are no longer pending, the issue as to whether the trial court abused its discretion in denying the appellant's motion for injunction is moot. Therefore, the motion to dismiss the appeal must be granted.

*Appeal dismissed. All the Justices concur.*

ARGUED MARCH 10, 1969—DECIDED MARCH 12, 1969.

*Ray Gary, Saul Blau,* for appellant.

*Henry L. Bowden, Edwin L. Sterne, Robert F. Lyle, Alton H. Hopkins,* for appellees.